OPINION — AG — THE BOARD OF COUNTY COMMISSIONERS MAY NOT EXPEND COUNTY FUNDS FOR A FEASIBILITY SURVEY OF THE ECONOMIC BENEFITS OF THE MCALESTER LEG OF THE CENTRAL OKLAHOMA NAVIGATION PROJECT, AS SUCH IS NOT SPECIFICALLY AUTHORIZED BY LAW OR NECESSARILY INCIDENTAL TO THE PERFORMANCE OF SOME DUTY SPECIFICALLY LODGED BY LAW IN SAID BOARD. CITE: 1 O.S. 1961 339 [1-339] (LEE COOK)